No: 24-1176

Maxus Metropolitan, LLC

Appellee

v.

Travelers Property Casualty Company of America

Appellant

___

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:20-cv-00095-FJG)

___

**ORDER**

Appellant's motion for extension of time to file the reply brief is granted. Appellant may have until July 2, 2024 to file the brief.

June 05, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
___
           /s/ Maureen W. Gornik